**BICKERTON DANG, LLLP**
JAMES J. BICKERTON                 3085-0
STANLEY H. ROEHRIG (Of Counsel)   664-0
BRIDGET G. MORGAN            8705-0
745 Fort Street, Suite 801
Honolulu, Hawai'i 96813
Telephone: (808) 599-3811

**PERKIN & FARIA LLLC**
JOHN F. PERKIN                   1673-0
841 Bishop Street, Suite 1000
Honolulu, Hawai'i 96813
Telephone: (808) 523-2300

**AFFINITY LAW GROUP**
VAN-ALAN H. SHIMA            8176-0
1188 Bishop Street, Suite 3408
Honolulu, Hawai'i 96813
Telephone: (808) 545-4600

Attorneys for Plaintiff
DARRIN ROGER DUELL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HENRY VIRGIL PARESA, JR., <br><br> Plaintiff, <br><br> vs. <br><br> HSBC BANK USA, N.A. and DOE DEFENDANTS 1-50, <br><br> Defendants. | CIVIL NO. 17-00248 DKW-RLP <br><br> PLAINTIFF'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST HSBC BANK USA, N.A. ON COUNT II OF COMPLAINT; DECLARATION OF JAMES J. BICKERTON; EXHIBITS "1" – "8"; CERTIFICATE OF SERVICE |

# PLAINTIFF'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST HSBC BANK USA, N.A. ON COUNT II OF COMPLAINT

Pursuant to Local Rule 56.1, Plaintiff Henry Virgil Paresa, Jr. ("Plaintiff") submits the following concise statement of material facts:

| Undisputed Material Facts | Source |
|---|---|
| Plaintiff was the fee simple owner of a leasehold apratment ("the Property") which he acquired in 1988 by Assignment of Condominium Conveyance Document dated March 28, 1988, that was recorded in the Office of the Assistant Registrar of the Land Court, State of Hawaii on March 30, 1988, as Document No. 1539544, and noted on Certificate of Title No. 321,363 at p. 149. The Certificate of Title was for the entire condominium building and was issued for the entire property of the condominium building on November, 21, 1988. | Ex. 1; Ex. 2 |
| The Property is located at is 2888 Ala Ilima Street #2602, Honolulu, Hawaii 96813 TMK No. (1) 1-1-062-024-0253. | Ex. 1 |
| In November 2006, Plaintiff executed and caused a mortgage in favor of Mortgage Electronic Registration Systems, Inc. ("*MERS*"), as nominee for New Century Mortgage Corporation, to be recorded against the Property (the "*Mortgage*" or the "*2006 Mortgage*") as security for his performance under an unrecorded promissory note in the amount of $90,000.00 (the "*Note*"). The Mortgage was recorded in the State of Hawaii Office of Assistant Register ("*Land Court*") on or about November 29, 2006, as Document No. 3520036, and noted on Certificate of Title No. 321,363. | Ex. 3; Ex. 2 |
| In April 2009, HSBC Bank USA, N.A. ("HSBC") claimed to be the assignee of the Mortgage. An assignment of the Mortgage from MERS to HSBC was recorded in Land Court on May 5, 2009 as Document No. 3854486 ("the Assignment"). | Ex. 4; |
| OneWest claimed to be a mortgagee or successor to a mortgagee entitled under Hawaii Revised Statutes, Chapter 667 Part I (2008) to exercise the power of sale in the Plaintiff's Mortgage. | Ex. 5 |
| In connection with the power of sale foreclosure Plaintiff's land court Property, HSBC caused to be recorded a "Notice of Mortgagee's Intention to Foreclose Under Power of Sale" (hereinafter the "**Notice of** | Ex. 5 |

| | |
|---|---|
| **Sale**") on December 10, 2010, in the Bureau of Conveyances, State of Hawaii, as Document No. 2010-191813, but which does not appear in the records of the Assistant Registrar. | |
| The Notice of Sale stated that the auction of the Property would take place on January 28, 2011 at 12:00 p.m. at the flagpole at the front of the First Circuit Court, 777 Punchbowl Street, Honolulu, Hawaii, 96813. It further stated that the proposed sale of the Property would be pursuant to Sections 667-5 through 667-10, also known as Chapter 667 Part I (2008). In so doing, HSBC elected not to use Hawaii Revised Statutes, Chapter 667 Part II (2008), the Alternate Power of Sale. | Ex. 5 |
| HSBC caused the Notice of Sale to be published to the public in *The Honolulu Star-Advertiser* on December 17, December 24 and December 31, 2010. This was the only public notice of the sale date and time and terms of sale that is reflected in HSBC's Affidavit of Foreclosure. | Ex. G in Ex. 6 |
| Paragraph 22 of the Mortgage contained a "power-of-sale" clause that authorized the mortgagee to foreclose and auction the Property without court supervision if Plaintiff defaulted on his loan, and in pertinent part stated:<br>    If Lender invokes the power of sale, Lender shall give<br>    Borrower notice of sale in the manner provided in Section 15.<br>    Lender ***shall publish*** a notice of sale and ***shall sell*** the<br>    Property ***at the time and place*** and under the terms ***specified***<br>    ***in the notice of sale***. Lender or its designee may purchase the<br>    Property at any sale.<br>(Emphasis added). | Ex. 3 |
| The auction was not held on January 28, 2011, and was postponed by HSBC. | Ex. 6 |
| Other than the auction date of January 28, 2011, no published or written notice of any new auction/sale date and location, including the auction date of February 11, 2011, was ever published in a newspaper having a general circulation in the county in which the mortgaged real property was situated. | Ex. 6 |
| HSBC's "Mortgagee's Affidavit of Foreclosure Under Power of Sale" ("Foreclosure Affidavit") recorded on March 10, 2011 in the Office of the Assistant Registrar of the Land Court, State of Hawaii, as Document No. 4055746. The Affidavit shows that there were a postponement from the original auction date of January 28, 3011, to February 11, 2011, and with the Property being declared sold to HSBC, or its nominee, for $102,000, which was reportedly the highest bid at the February 11, 2011 sale. Moreover, the Affidavit, which is required by law to show | Ex. 6 |

3

| | |
|---|---|
| everything that was done, fails to show that the actual auction date (February 11, 2011) of Plaintiff's Property was published in a newspaper having a general circulation in the county in which the mortgaged Property was situated. | |
| On November 2, 2011, HSBC executed a Mortgagee's Quitclaim Assignment of Condominium Conveyance Document Pursuant to Power of Sale ("the Quitclaim Deed") conveying Plaintiff's Property to itself, which was recorded on November 23, 2011, in the Office of the Assistant Registrar of the Land Court, State of Hawaii, as Document No. 4113759. | Ex. 7 |
| On December 23, 2011, HSBC executed a "Limited Warranty Assignment of Condominium Conveyance Document" conveying the Property to David Ufai Lao and Caitlyn Sokfan Lao ("the Laos") which was recorded on January 5, 2012, in the Office of the Assistant Registrar of the Land Court, State of Hawaii, as Document No. 8039093 ("the Limited Warranty Deed"). | Ex. 8 |
| The Limited Warranty Deed was noted on Certificate of Title No. 321,363 at p. 150 by the Assistant Registrar. | Ex. 8 |

DATED: Honolulu, Hawai'i, November 21, 2017.

/s/ *James J. Bickerton*
JAMES J. BICKERTON
STANLEY H. ROEHRIG
BRIDGET G. MORGAN
VAN-ALAN H. SHIMA
JOHN F. PERKIN
Attorneys for Plaintiff