GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHNATHAN C. BOLTON          9650-0
jbolton@goodsill.com
WAYNE R. WAGNER              10012-0
wwagner@goodsill.com
LAUREN K. CHUN               10196-0
lchun@goodsill.com
DYLAN J. TASCHNER            10618-0
dtaschner@goodsill.com
999 Bishop Street, Suite 1600
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Defendant
HSBC BANK USA, N.A.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HENRY VIRGIL PARESA, JR.,<br><br>                    Plaintiff,<br><br>    vs.<br><br>HSBC BANK USA, N.A. and DOE<br>DEFENDANTS 1-50,<br><br>                    Defendants. | CIVIL NO. 17-00248-DKW/RLP<br><br>DEFENDANT HSBC BANK USA,<br>N.A.'S **MOTION FOR<br>RECONSIDERATION OF [36]<br>ORDER GRANTING IN PART<br>AND DENYING IN PART<br>PLAINTIFF'S MOTION FOR<br>SUMMARY JUDGMENT ON<br>COUNT II**; MEMORANDUM IN<br>SUPPORT OF MOTION;<br>DECLARATION OF COUNSEL;<br>EXHIBITS "1" – "7";<br>CERTIFICATE OF SERVICE |

## DEFENDANT HSBC BANK USA, N.A.'S MOTION
## FOR RECONSIDERATION OF [36] ORDER GRANTING IN PART AND
## DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY
## JUDGMENT ON COUNT II

Defendant HSBC BANK USA, N.A. ("HSBC"), by and through its

attorneys, Goodsill Anderson Quinn & Stifel, a Limited Liability Law Partnership

LLP, respectfully requests that this Court reconsider its May 4, 2018 Order

Granting in Part and Denying in Part Plaintiff HENRY VIRGIL PARESA, JR.'s

("Plaintiff") Motion for Summary Judgment on Count II (the "MSJ Order"), to the

extent it rules that Plaintiff was entitled to summary judgment as to HSBC's

liability regarding Count II (Wrongful Foreclosure) of Plaintiff's Complaint.

This motion is brought pursuant to Rule 60.1 of the Local Rules of Practice

for the United States District Court for the District of Hawai`i, and Rule 59(e) of

the Federal Rules of Civil Procedure, and is supported by the attached

memorandum in support and the records and files herein.

DATED: Honolulu, Hawai'i, May 18, 2018.

/s/  Johnathan C. Bolton
JOHNATHAN C. BOLTON
WAYNE R. WAGNER
LAUREN K. CHUN
DYLAN J. TASCHNER

Attorneys for Defendant
HSBC BANK USA, N.A.